**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

**No. 14-1877**

_____

In re:  WILLIAM H. EVANS, JR.,


             Petitioner.

_____

On Petition for Writ of Mandamus.
(1:14-cv-01015-AJT-IDD)

_____

Submitted:  September 23, 2014      Decided:  September 25, 2014

_____

Before NIEMEYER and GREGORY, Circuit Judges, and HAMILTON, Senior Circuit Judge.

_____

Petition denied by unpublished per curiam opinion.

_____

William H. Evans, Jr., Petitioner Pro Se.

_____

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

William H. Evans, Jr., petitions this court for a writ of mandamus, seeking an order directing the district court to file his 28 U.S.C. § 2241 (2012) petition. Our review of the district court's docket reveals that the district court entered Evans' petition on August 7, 2014. Accordingly, because Evans has received the relief he seeks, we grant leave to proceed in forma pauperis and deny the mandamus petition as moot. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

PETITION DENIED